JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
RAY HEFFINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO VENUE

--oo0oo--

| UNITED STATES OF AMERICA, | ) Case No.: 1:08-CR-00224-008 OWW |
|---|---|
| Plaintiff, | ) **ORDER MODIFYING TERMS OF SUPERVISED RELEASE** |
| vs. | ) |
| RAY HEFFINGTON, | ) |
| Defendant. | ) |

Upon Motion by the Defendant and hearing upon the matter on August 29, 2011, IT IS HEREBY ORDERED that defendant RAY HEFFINGTON shall have the terms of his supervised release in the above-entitled matter shall be modified as follows:

Special Condition Nine (that defendant not associate with any member of any criminal street gang or disruptive group, specifically, any member of the Hells Angels) SHALL BE REMOVED.

**ORDER MODIFYING TERMS OF
SUPERVISED RELEASE**            1-

IT IS SO ORDERED.

Dated: **September 1, 2011**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**ORDER MODIFYING TERMS OF
SUPERVISED RELEASE**          -2-