ROGER K. VEHRS (SBN 073018)
Attorney at Law
Post Office Box 1952
Fresno, CA 93718
Telephone: (559) 442-4211
Facsimile: (559) 442-4127

Attorney for Robert C. Holloway, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:08-cr-00224-OWW |
| vs. | STIPULATION AND REQUEST FOR ORDER GRANTING MOTION TO UNSEAL TRANSCRIPT (DOC. 385) |
| ROBERT C. HOLLOWAY, et al, | |
| Defendants. | |

It is hereby stipulated and agreed upon between the Law Office of Roger K. Vehrs and the United States Attorney's office, by and through Mark E. Cullers, that the transcript of the hearing which certain agents testified shall be released to Roger K. Vehrs. It is further understood and agreed upon that he will release the transcript to Zahra Karinshak, Esq. who is currently representing Special Agent Vincent Cefalu with respect to certain litigation with the Bureau of Alcohol, Tobacco, and Firearms regarding his employment status. It is further understood and agreed upon that the transcript with not be released outside of the current Professional Review Board case number GS-1811-1311. It is

understood that attorney Karinshak will receive a copy of this stipulation and will abide by the confidentiality of the documents that will be released to her.

Date: September 15, 2011 /S/ Roger K. Vehrs  
ROGER K. VEHRS, Attorney for Robert C. Holloway III

Date: September 15 , 2011 /S/ Mark K. Cullers  
MARK E. CULLERS  
Chief Assistant U.S. Attorney

**ORDER**

Upon review of the stipulation as set forth above, I hereby order that the transcript may be released in the manner outlined above.

IT IS SO ORDERED.

Dated: **September 16, 2011** /s/ **Oliver W. Wanger**  
UNITED STATES DISTRICT JUDGE