ROGER K. VEHRS (SBN 073018)
Attorney at Law
Post Office Box 1952
Fresno, CA 93718-1952
Telephone: (559) 442-4211
Facsimile: (559) 442-4127
E-mail: office@vehrslaw.com

Attorneys for Defendant Robert Holloway

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| In the Matter of the Search of Robert Cliff Holloway III and Kathryn Gottschalk Holloway as well as their business and residential addresses listed below<br>5604 Moberg Road, Turlock, California<br>5606 Moberg Road, Turlock, California<br>4600 Main Street, Denair, California<br>2720 Second Street, Ceres, California<br><br>Real party in interest<br>Robert Cliff Holloway III and<br>Road Dog Cycles | Case No.: 1:08-cr-00224-OWW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR RETURN OF PROPERTY<br><br>Hearing Date: September 19, 2011<br>Hearing Time: 9:00 a.m.<br>JUDGE: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROGER K. VEHRS, attorney for Defendant, and MARK E. CULLERS, Chief Assistant U.S. Attorney for Plaintiff, that the hearing on the Motion for Return of Property currently scheduled for September 19, 2011, at 1:30 p.m. shall be continued until November 7, 2011 at 9:00 before Judge Oliver W. Wanger.

This continuance is necessary due to the large volume of materials that are essential for review in this case. Additionally, the agent currently involved in this matter will be out of the office on official business until late October. Therefore, the earliest time that counsel will be able to inspect all the materials will not be until the end of October.

Dated: September 15, 2011  /S/   Roger K. Vehrs  
ROGER K. VEHRS, attorney for  
Robert Cliff Holloway III.

Dated: September 15, 2011  /S/   Mark E. Cullers  
MARK E. CULLERS  
Chief Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED THAT the date set for the hearing on the Motion for Return of Property shall be continued to the Court's first available date in November.

IT IS SO ORDERED.

Dated:   **September 16, 2011**          **/s/ Oliver W. Wanger**  
UNITED STATES DISTRICT JUDGE