IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:08-CR-00224 LJO |
| vs. | ) | ORDER OF RELEASE |
| FREDERICK A. NOREBERG, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on June 4, 2012.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  __June 4, 2012__          _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES DISTRICT JUDGE